M. P. No. 75-251. PROSPECTING UNLIMITED, INC. *v.* JOHN J. NORBERG, *Tax Admr.* LEE LITTLEFIELD REAL ESTATE, INC. *v.* JOHN J. NORBERG, *Tax Admr.* Petition for writ of certiorari granted. *Joseph F. Vitullo,* for petitioners. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Division of Taxation, for respondent.

M. P. No. 75-276. RALPH DiMASI *v.* JAMES W. MULLEN, *Warden.* Respondent is directed to file answer to the petition for writ of habeas corpus for the purpose of bail and therein to show cause, if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with the provisions of Rule 14. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

C. A. No. 75-95. RONALD THORNLEY *v.* JAMES W. MULLEN, *Warden.* Motion of petitioner for special assignment is granted, and the case is assigned to the November 1975 calendar for oral argument. *William J. Burke, William P. Butler,* for petitioner. *Julius C. Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, for respondent.

C. A. No. 75-152. STATE *v.* RUSSELL R. KEEGAN, JR. Motion of State for extension of time to November 1, 1975 in which to file its brief is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff-appellee. *Nugent & Nugent, J. Joseph Nugent, Jr.,* for defendant-appellant.

C. A. No. 75-201. STATE *ex rel.* BIAGIONI *v.* ARAM K. BERBERIAN. Motion of State to affirm the order below under Rule 16(g) is granted. *Julius C. Michaelson,* Attorney General, for plaintiff. *Aram K. Berberian,* pro se.